### 15191.   WENDELKIN *v.* THE STATE.

LUKE, J. It affirmatively appearing from the bill of exceptions that the same was not tendered to the judge within 20 days of the judgment excepted to, this court has no jurisdiction over the case.

*Writ of error dismissed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MARCH 6, 1924.

Certiorari; from Effingham superior court—Judge Strange. October 16, 1923.

*J. Hartridge Smith,* for plaintiff in error.

*A. S. Anderson, solicitor-general,* contra.